# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00134-CV

### In re Tiffany Crouch Bartlett

### W. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY, NO. 12-0026-CPS425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R  T O  S H O W  C A U S E

PER CURIAM

This is a contempt proceeding ancillary to the appeal of W. B. The subject of this proceeding is Tiffany Crouch Bartlett, appellant's attorney.

Appellant filed his notice of appeal on February 25, 2014. On May 30, 2014 we ordered counsel to file appellant's brief no later than June 16, 2014. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Tiffany Crouch Bartlett shall appear in person before this Court on July 2, 2014, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our May 30, 2014 order. This order to show cause will be

withdrawn and Bartlett will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before 5:00 p.m. on June 30, 2014.

It is ordered on June 18, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin